H. White and Roscoe H. Hupper for petitioners. Mr. Joseph K. Inness for respondent.

No. 979. BOWEN v. NEW YORK LIFE INSURANCE Co. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. J. L. London for petitioner.

No. 982. COHAN v. ELDER ET UX. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. Burnett Wolfson for petitioner. Mr. Allan J. Carter for respondents.

No. 984. SANITARY DISTRICT OF CHICAGO v. GUTHARD ET AL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Messrs. Ernst Buehler, Edmund D. Adcock, Ralph M. Snyder, Arthur C. Denison, and Wallace R. Lane for petitioner. Messrs. Lynn A. Williams and Warren C. Horton for respondents.

No. 985. PHILLIPS, TRUSTEE, v. ARNOLD. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. Gaius G. Gannon for petitioner. Mr. John H. Crooker for respondent.

No. 986. SOMA PETO v. HOWELL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. J. Robert Cohler for

584

petitioner. *Messrs. Amos C. Miller, Edward R. Adams,* and *Robert W. Wales* for respondent.

No. 989. POTASH ET AL. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Kenneth E. Walser* for petitioners. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 990. UNITED STATES *v.* NUNNALLY INVESTMENT Co. May 26, 1941. Petition for writ of certiorari to the Court of Claims denied. *Assistant Solicitor General Fahy* for the United States. *Mr. W. A. Sutherland* for respondent.

No. 1001. ERNEST E. MARKS Co. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Delbert A. Clithero* for petitioner. *Solicitor General Biddle* and *Messrs. Charles D. Lawrence* and *John R. Benney* for the United States.

No. 792. RICHARD ARCHBOLD *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 793. ADRIAN ARCHBOLD *v.* SAME;

No. 794. JOHN ARCHBOLD *v.* SAME; and

No. 795. VAN BEUREN *v.* SAME. May 26, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William R. Spofford* for petitioners. *Solicitor General Biddle* for respondent. Reported below: 115 F. 2d 1005.